## STATEMENT OF FACTS

On January 19, 2020 approximately 7:03 a.m., an individual later identified as Omar AL-KAHTANY (hereinafter AL-KAHTANY or "Defendant") jumped the fence separating the Ellipse from E Street N.W. near the south lawn of the White House in Washington D.C.

The White House complex, which includes, among other things, the White House Mansion, and the White House grounds, is a restricted area in Washington, D.C. Only people with authorized access are permitted inside the White House Complex, which has an exterior fence surrounding it. There are also concrete "Jersey" barriers at the south end of E Street N.W., which have fences on top of them. The Defendant jumped over one of these barriers separating E Street from the Ellipse. There were posted signs on the fence the defendant jumped over that stated, "Restricted Area, Do Not Enter."

United States Secret Service ("USSS") Officer Matthew Dapello was on-duty on a foot beat when he heard a voice screaming incoherently. Officer Dapello observed an adult male, AL-KAHTANY, in a dark jacket and pants without shoes walking toward the employee gate to the White House grounds, and screaming. The gate has an attached sign, "restricted area do not enter." AL-KAHTANY approached Officer Dapello and screamed at him, "Are you one of them?" He further told (yelling) Officer Dapello to "open the gate." Officer Dapello told AL-KAHTANY that he would not open the gate. AL-KAHTANY then climbed up the Jersey security barrier and crossed the fence line while standing on the barrier. Officer Dapello and Officer Logan Colwell approached AL-KAHTANY and told him to get down from the barrier. AL-KAHTANY refused and repeatedly made kicking motions towards Officer Dapello and Officer Colwell. Officers Dapello and Colwell then pulled AL-KAHTANY from the barrier, who landed on his feet. AL-KAHTANY attempted to pull away from the officers, and began to flail his legs to thwart the arrest. The officers were eventually able to subdue him on the ground. As the officers placed the defendant into handcuffs on the ground AL-KAHTANY began yelling repeatedly, "Allahu Akbar!"[1] AL-KAHTANY continued yelling while sitting on the ground for several minutes.

USSS officers who were not involved in the initial encounter, but heard AL-KAHTANY yell, called for translation assistance. Officer Stephan Lucas arrived to provide translation assistance and bent down to speak with AL-KAHTANY who was still on the ground. As Officer Lucas began speaking with AL-KAHTANY in Arabic, AL-KAHTANY responding by spitting at Officer Lucas. Officer Lucas attempted to avoid the spit, but it landed on his hand.

Further investigation revealed that at approximately 6:50 A.M., a witness (W1) observed a car, later identified as the defendant's car, a Honda Accord with Florida tags, travel at between 80 and 90 mph in the north bound direction of 14th Street, N.W. W1 then observed the vehicle hit a parked car in the 200 block of 14th Street, N.W., causing significant damage to both cars. The accident location is approximately 3 blocks from the arrest location.

---

[1] "Allahu Akbar" is Arabic for God is Great.

The defendant was identified by his Florida driver's license and later taken to Sibley Memorial Hospital.  At the hospital, the defendant made spontaneous statements to USSS Officers Sweiderk and Miller that he was being chased, and that he was trying to get away when he got into a car accident.  The defendant also repeated a mantra in Arabic and would get angry and upset.  At one point, the defendant tried to break free of his handcuffs while restrained to the chair at the hospital.  Al-KAHTANY further refused officer commands to remain seated, and he would stand up and act aggressively toward the officers.

During transport to the 2nd Police District after treatment, AL-KAHTANY stated that the officers should know who he is if they didn't already, and that war was coming from the Middle East, so the officers needed to watch out.

After arrest, the defendant was taken for booking and further processing.  In response to officer's booking questions about his address, the defendant provided several different addresses in the state of Virginia.  While awaiting processing, the defendant made additional spontaneous statements to Officer Dapello.  The defendant repeated the following multiple times: "I just want peace," and "If you accept my conditions I will not destroy you."  The defendant also told Officer Dapello that he had spent time in Saudi Arabia.

Further records check confirmed the defendant had recently returned from a foreign trip to Saudi Arabia.

Based on the foregoing, your affiant submits that there is probable cause to believe that the defendant violated 18 U.S.C. § 1752(a)(1) and 18 U.S.C. § 111(a)(1) (simple assault).

_____
Matthew Dapello
Officer, United States Secret Service

Sworn and subscribed to me before this 20th day of January, 2020.

_____
The Honorable Deborah A. Robinson
United States Magistrate Judge