AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) ) | Case No. |
| OMAR AL-KAHTANY | ) ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Omar Al-Kahtany
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☑ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

On January 19, 2020, OMAR AL-KAHTANY, did knowing enter and remain in a restricted budilng or grounds, that is the White House Complex and Grounds, without lawful authority to do so, in violaton of Title 18, United States Code, Section 1752(a)(1).

On January 19, 2020, OMAR AL-KAHTANY, did assault, resist, oppose, impede, imideate and interfere with U.S. Secret Service Officers Matthew Lapello, Logan Colwell and Setphan Lucas, while they were engaged in and on account of their official duties, and commit simple assault, in violaton of Title 18, United States Code, Section 111(a)(1).

Date: 1/20/20

_____
Issuing officer's signature

City and state:     Washington, DC                                        Deborah A. Robinson, Magistrate Judge
_____
Printed name and title

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____
_____
Arresting officer's signature

_____
Printed name and title

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Omar Al-Kahtany

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                         Weight:

Sex: male                                                    Race: white

Hair:                                                             Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION - FELONY BRANCH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Lock-Up #37[1] |
| | : | |
| **v.** | : | |
| | : | |
| **OMAR AL-KAHTANY** | : | |
| | : | January 20, 2020 |
| **Defendant.** | : | |

### MEMORANDUM OF LAW FOR PRESENTMENT OF DEFENDANTS CHARGED WITH A FEDERAL OFFENSE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this Memorandum of Law on issues relevant to the presentment of defendants who are charged with violations of federal law in the District of Columbia Superior Court.

### This Court's Authority to Act as a Federal Magistrate Judge and to Order Pre-Trial Detention

A person arrested and charged with a federal offense must be taken without unnecessary delay before a judicial officer. If a magistrate judge is not reasonably available, the initial appearance may be before a state or local judicial officer. Fed. R. Crim. P. 5(c)(1)(B). The Superior Court, with respect to any criminal case over which the United States District Court for the District of Columbia has jurisdiction, may release or detain such offenders. Super. Ct. R. Crim. P. 40.

### Applicable Law

The law governing pre-trial release and detention of persons charged with federal offenses is codified at 18 U.S.C. § 3141 et seq. Upon motion of the government the Court shall

hold a detention hearing in cases that involve where there is a serious risk of flight, 18 U.S.C. § 3142(f)(1-2), or where the government seeks a hold for competency evaluation, see 18 U.S.C. §4241, et seq.

The defendant has been arrested and charged by Complaint with a violation of 18 United States Code, Sections 111(a)(1) (Assaulting, Resisting or Impeding a Federal Officer) and 1752(a)(1) (Attempting to Enter or Remain in a Government Building or Grounds, that is the White House Complex). The sworn statement of facts in support of the Complaint sets for the circumstances in which the crime was committed, including that the defendant fled the scene of a car accident, was acting bizarrely, yelled at the officers, refused commands by the U.S. Secret Service officers on multiple occasions, repeatedly resisted arrest and yelled "Allahu Akbar" repeatedly. The defendant has no known ties to Washington, D.C. and appears to have obtained one-way transportation from Pennsylvania solely to commit this crime.

Upon motion of the government, the hearing can be continued for a period of up to three days excluding any intermediate Saturday, Sunday or legal holiday. During that period the defendant must remain detained. 18 U.S.C. § 3142(f).

                                                         Respectfully Submitted,

                                                         JESSIE K. LIU
                                                         United States Attorney
                                                         D.C. Bar No. 472845

By:   *Tejpal S. Chawla*

                                                         Tejpal S. Chawla
                                                         National Security Section
                                                         U.S. Attorney's Office
                                                         D.C. Bar No. 464-012
                                                        Tejpal.chawla@usdoj.gov

---

[1] Defendant is Lock-Up 37 on January 20, 2020, assigned CCN 20-011-236; Arrest Number 492002038.

Certificate of Service

I HEREBY CERTIFY that a copy of the foregoing memorandum will be delivered by hand upon counsel for the defendant, this 20th day of January, 2020.

Tejpal S. Chawla
Assistant United States Attorney

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

### FORM FOR U.S. DISTRICT COURT CASES

**UNITED STATES OF AMERICA**

v.                                              TOT No.: _____

_Omar Al Ishtany_                  PDID No.: _746-220_

**Defendant.**

☒ This is a Federal case which is pending in the U.S. District Court for the District of Columbia and is, therefore, transferred over to the United States District Court for the District of Columbia for the next court date of: _1/21/2020_

### COMMITMENT/RELEASE

☒ NO BOND; the Defendant is hereby committed to the custody of the Attorney General/United States Marshals Service and shall be held without bond pursuant to 18 U.S.C. § 3142(f) *et seq.* pending an appearance, including a detention hearing if applicable, without unnecessary delay before a federal Magistrate Judge pursuant to Fed.R.Crim.P. 5.

☐ BOND $ _____

**Defendant to be delivered for presentment in U.S.D.C. for the District of Columbia**

Next Court Date: _____

☐ Released on Personal Recognizance to report to the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W. on: _____

DEFENSE COUNSEL APPOINTED FOR PRESENTMENT IN SUPERIOR COURT ONLY:

Name: _____
Address: _____
Telephone No.: _____

Defendant's Name: _____
Address: _____

Defendant's Signature: _____

Date: _____        _____
                                                                          JUDICIAL OFFICER PRESIDING

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| OMAR AL-KAHTANY | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 19, 2020 in the county of Washington in the District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1752 (a)(1) | Entering and Remaining on Grounds without Authority |
| 18 U.S.C. Section 111 (a)(1) | Assault of a Federal Law Enforcement Officer |

This criminal complaint is based on these facts:
See attached Statement of Facts

☑ Continued on the attached sheet.

*Complainant's signature*

Officer Matthew Dapello U.S.S.S.
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/20/2020

City and state: Washington, DC

*Judge's signature*

U.S. Magistrate Judge Deborah A. Robinson
*Printed name and title*

## STATEMENT OF FACTS

On January 19, 2020 approximately 7:03 a.m., an individual later identified as Omar AL-KAHTANY (hereinafter AL-KAHTANY or "Defendant") jumped the fence separating the Ellipse from E Street N.W. near the south lawn of the White House in Washington D.C.

The White House complex, which includes, among other things, the White House Mansion, and the White House grounds, is a restricted area in Washington, D.C. Only people with authorized access are permitted inside the White House Complex, which has an exterior fence surrounding it. There are also concrete "Jersey" barriers at the south end of E Street N.W., which have fences on top of them. The Defendant jumped over one of these barriers separating E Street from the Ellipse. There were posted signs on the fence the defendant jumped over that stated, "Restricted Area, Do Not Enter."

United States Secret Service ("USSS") Officer Matthew Dapello was on-duty on a foot beat when he heard a voice screaming incoherently. Officer Dapello observed an adult male, AL-KAHTANY, in a dark jacket and pants without shoes walking toward the employee gate to the White House grounds, and screaming. The gate has an attached sign, "restricted area do not enter." AL-KAHTANY approached Officer Dapello and screamed at him, "Are you one of them?" He further told (yelling) Officer Dapello to "open the gate." Officer Dapello told AL-KAHTANY that he would not open the gate. AL-KAHTANY then climbed up the Jersey security barrier and crossed the fence line while standing on the barrier. Officer Dapello and Officer Logan Colwell approached AL-KAHTANY and told him to get down from the barrier. AL-KAHTANY refused and repeatedly made kicking motions towards Officer Dapello and Officer Colwell. Officers Dapello and Colwell then pulled AL-KAHTANY from the barrier, who landed on his feet. AL-KAHTANY attempted to pull away from the officers, and began to flail his legs to thwart the arrest. The officers were eventually able to subdue him on the ground. As the officers placed the defendant into handcuffs on the ground AL-KAHTANY began yelling repeatedly, "Allahu Akbar!"[1] AL-KAHTANY continued yelling while sitting on the ground for several minutes.

USSS officers who were not involved in the initial encounter, but heard AL-KAHTANY yell, called for translation assistance. Officer Stephan Lucas arrived to provide translation assistance and bent down to speak with AL-KAHTANY who was still on the ground. As Officer Lucas began speaking with AL-KAHTANY in Arabic, AL-KAHTANY responding by spitting at Officer Lucas. Officer Lucas attempted to avoid the spit, but it landed on his hand.

Further investigation revealed that at approximately 6:50 A.M., a witness (W1) observed a car, later identified as the defendant's car, a Honda Accord with Florida tags, travel at between 80 and 90 mph in the north bound direction of 14th Street, N.W. W1 then observed the vehicle hit a parked car in the 200 block of 14th Street, N.W., causing significant damage to both cars. The accident location is approximately 3 blocks from the arrest location.

---

[1] "Allahu Akbar" is Arabic for God is Great.

The defendant was identified by his Florida driver's license and later taken to Sibley Memorial Hospital. At the hospital, the defendant made spontaneous statements to USSS Officers Sweiderk and Miller that he was being chased, and that he was trying to get away when he got into a car accident. The defendant also repeated a mantra in Arabic and would get angry and upset. At one point, the defendant tried to break free of his handcuffs while restrained to the chair at the hospital. Al-KAHTANY further refused officer commands to remain seated, and he would stand up and act aggressively toward the officers.

During transport to the 2nd Police District after treatment, AL-KAHTANY stated that the officers should know who he is if they didn't already, and that war was coming from the Middle East, so the officers needed to watch out.

After arrest, the defendant was taken for booking and further processing. In response to officer's booking questions about his address, the defendant provided several different addresses in the state of Virginia. While awaiting processing, the defendant made additional spontaneous statements to Officer Dapello. The defendant repeated the following multiple times: "I just want peace," and "If you accept my conditions I will not destroy you." The defendant also told Officer Dapello that he had spent time in Saudi Arabia.

Further records check confirmed the defendant had recently returned from a foreign trip to Saudi Arabia.

Based on the foregoing, your affiant submits that there is probable cause to believe that the defendant violated 18 U.S.C. § 1752(a)(1) and 18 U.S.C. § 111(a)(1) (simple assault).

_____
Matthew Dapello
Officer, United States Secret Service

Sworn and subscribed to me before this 20th day of January, 2020.

_____
The Honorable Deborah A. Robinson
United States Magistrate Judge